UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04261-SVW-MRW | Date | October 5, 2023 |
|---|---|---|---|
| Title | Anthony Castanares et al v. Deutsche Lufthansa AG | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO THE INACTIVE CALENDAR

The Court, having granted Lufthansa's motion to stay the case pending the resolution of the motions for reconsideration [ECF 146], administratively closes this case, and moves it to the inactive calendar.

The parties are ordered to notify the Court, in writing, when the matter should be restored to the active calendar.

| | : |
|---|---|
| Initials of Preparer | PMC |